No. 11-7810. Jadrion Griffin, Petitioner v. United States.

565 U.S. 1170, 132 S. Ct. 1124, 181 L. Ed. 2d 1002, 2012 U.S. LEXIS 588.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 652 F.3d 793.